UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                               'O'

| Case No. | CV 13-8347 CAS (SHx) | Date | December 19, 2013 |
|---|---|---|---|
| Title | CALIN ARIMIE ET AL. V. JP MORGAN CHASE BANK N.A., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers:)** MOTION TO DISMISS (Dkt. #7, filed Nov. 19, 2013)

The Court finds this motion appropriate for decision without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing date of December 23, 2013, is vacated, and the matter is hereby taken under submission.

On September 16, 2013, plaintiffs Calin Arimie, Raluca Arimie, and Elena Arimie filed this action in the Los Angeles County Superior Court against defendants JP Morgan Chase Bank, California Reconveyance Company, and Does 1 through 100.  Dkt. #1.  Plaintiffs assert claims for negligence and violations of Cal. Bus. & Prof. Code § 17200, et seq. ("UCL").  Id.  Defendants removed the action to this Court on November 12, 2013, on the grounds that this Court has subject matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332.  Id.

On November 19, 2013, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  Dkt. #7.  Pursuant to Local Rule 7-9, plaintiff's opposition to this motion was due on December 2, 2013.  As of December 19, 2013, plaintiffs have not filed an opposition.  Pursuant to Local Rule 7-12, failure to file an opposition may be deemed consent to the granting of a motion.  Accordingly, defendants' motion to dismiss is hereby GRANTED.

Plaintiffs shall have until and including **January 21, 2014**, to file an amended complaint.  Failure to do so may result in the dismissal of this action with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |